# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

BILLY JEROME THOMPSON,

    Plaintiff,

v.                              CASE NO. 5:19-cv-212-MCR-MJF

BRANTLEY S. CLARK and
ALEXIS SYKES,

    Defendants.
_____/

## O R D E R

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated October 7, 2019. ECF No. 9. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of all timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. This action is **DISMISSED without prejudice** for failure to pay the filing fee and failure to comply with two court orders.

**DONE AND ORDERED** this 5th day of November 2019.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**